IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| KENNETH DOOLEY, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 9:13-450-CWH |
| ROHOHO, INC., ) | **ORDER** |
| Defendant. ) | |

This matter comes before the Court pursuant to the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice made by and between Plaintiff Kenneth R. Dooley ("Plaintiff") and Defendant Rohoho, Inc. ("Defendant") (collectively referred to herein as "Parties"). The settlement is presented to the Court for approval because Plaintiff asserted claims under the Fair Labor Standards Act. The Court has reviewed the filed copy of the Settlement Agreement. Having fully considered the Motion, the Settlement Agreement, and the record in this case, the Court finds that the Motion is meritorious and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED**, that the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice is hereby **GRANTED**. The Court hereby **APPROVES** the settlement reached by the Parties in this matter. **IT IS FURTHER ORDERED, ADJUDGED** and **DECREED**, that Plaintiff's causes of action in the above-captioned case against Defendant are hereby dismissed with prejudice to the refiling of same, and that each party is to bear its own attorneys' fees and costs.

**AND IT IS SO ORDERED.**

_____
C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE

November 25, 2013
Charleston, South Carolina